## COFER V. ARNOLD.

*Ejectment.*

(Decided April 18, 1907.)

APPEAL from Cullman Circuit Court.
Heard before Hon. D. W. SPEAKE.
W. T. L. COFER, for appellant.
BROWN & KYLE, for appellee.
Per curiam.—Appeal dismissed.

---

## COFER V. RICHARDS, ET AL.

*Equity.*

(Decided April 18, 1907.)

APPEAL from Cullman Chancery Court.
Heard before Hon. W. H. SIMPSON.
No counsel marked for either party.
Per curiam.—Affirmed on certificate.

---

## CONBOY V. ZIMMERN.

*Assumpsit.*

(Decided April 11, 1907.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.
No counsel marked for either party.
Per curiam.—Affirmed on certificate.

---

## CRARY V. THE STATE, EX REL. MONNELLE, ET AL.

*Quo Warranto.*

(Decided April 2. 1907.)

APPEAL from Mobile Circuit Court.
Heard before Hon. SAMUEL B. BROWNE.
McINTOSH & RICH, and H. PILLIANS, for appellant.
GREGORY L. & H. T. SMITH, for appellee.
Per curiam.—Appeal dismissed.